JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEY CLIFTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHEM LIFE INSURANCE COMPANY, a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 16-7305-DMG (Ex)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1) [25]** |

Plaintiff Lacey Clifton ("Plaintiff"), and Defendant Anthem Life Insurance Company ("ALIC" or "Defendant"), have entered into a stipulation in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with prejudice, with each party bearing that party's own attorney's fees and costs.

Therefore, good cause having been shown and the parties having stipulated to the same, IT IS ORDERED THAT this entire action is dismissed WITH PREJUDICE, and the parties shall bear their own fees and costs. All scheduled dates and deadlines are VACATED.

DATED: June 9. 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE